THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Arthur Glover,       
Appellant.
 
 
 

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2003-UP-692
Submitted September 17, 2003  Filed December 2, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, Randolph  Murdaugh, III, 14th Circuit Solicitor's Office, of Hampton, 
 for Respondent.
 
 
 

PER CURIAM:  Appellant, Arthur Glover, 
 was indicted for and pled guilty to criminal sexual conduct in the first degree 
 and assault and battery of a high and aggravated nature.  The trial judge sentenced 
 Glover to concurrent terms of fifteen years, suspended upon the service of five 
 years with five years of probation for the criminal sexual conduct charge, and 
 ten years, suspended upon the service of five years with five years of probation 
 on the assault charge.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.